*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TANYA HALL

vs.                                              NO. 4:06CV00600 SWW

SCOTT MANUFACTURING LLC, ET AL

### ORDER OF DISMISSAL

Pursuant to communication from defendants' counsel in this action on November 7, 2006, that this matter has been settled and the paperwork has been completed,

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 8th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE